**No. 09-8323. William Elmo Gaines, Petitioner v. United States.**

559 U.S. 953, 130 S. Ct. 1543, 176 L. Ed. 2d 137, 2010 U.S. LEXIS 1161.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 345 Fed. Appx. 369.

**No. 09-8325. Michael Dewayne Bell, Petitioner v. Douglas Samuels, et al.**

559 U.S. 953, 130 S. Ct. 1543, 176 L. Ed. 2d 137, 2010 U.S. LEXIS 1477.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 09-8328. Charles Davis, Petitioner v. Pennsylvania.**

559 U.S. 953, 130 S. Ct. 1543, 176 L. Ed. 2d 137, 2010 U.S. LEXIS 1487.

February 22, 2010. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office denied.

Same case below, 974 A.2d 1179.

**No. 09-8332. Gary Ivan Terry, Petitioner v. United States.**

559 U.S. 953, 130 S. Ct. 1543, 176 L. Ed. 2d 137, 2010 U.S. LEXIS 1422.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 334 Fed. Appx. 576.

**No. 09-8336. Oscar Rodriguez-Parra, Petitioner v. United States.**

559 U.S. 954, 130 S. Ct. 1544, 176 L. Ed. 2d 137, 2010 U.S. LEXIS 1435.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 581 F.3d 227.

**No. 09-8337. Rogelio Salazar-Basaldua, Petitioner v. United States.**

559 U.S. 954, 130 S. Ct. 1544, 176 L. Ed. 2d 137, 2010 U.S. LEXIS 1212.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 342 Fed. Appx. 985.

**No. 09-8339. Donnell Mann, Petitioner v. United States.**

559 U.S. 954, 130 S. Ct. 1544, 176 L. Ed. 2d 137, 2010 U.S. LEXIS 1407.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 341 Fed. Appx. 877.

**No. 09-8340. Todd Richard Ladoucer, Petitioner v. United States.**

559 U.S. 954, 130 S. Ct. 1544, 176 L. Ed. 2d 137, 2010 U.S. LEXIS 1383.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 573 F.3d 628.

**No. 09-8341. Larry Mack, Petitioner v. United States.**

559 U.S. 954, 130 S. Ct. 1545, 176 L. Ed. 2d 137, 2010 U.S. LEXIS 1178.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 344 Fed. Appx. 623.